Page 2

3:06CV 200-WKW

RECEIVED
2006 MAR -2 A 9:51
DEBRA P. HACKETT
U.S. DISTRICT C...
MIDDLE DISTR...

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Calvin Lee Lewis | Docket or Case No.: |
| Place of Confinement: Opelika City Jail | Prisoner No.: |
| Petitioner (include the name under which you were convicted) Calvin Lee Lewis v. | Respondent (authorized person having custody of petitioner) T.K Davis Justice Center |
| The Attorney General of the State of | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: T.K Davis Justice Center 2311 Gateway Drive Opelika, Ala 36801

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: Nov 17, 2005

3. Length of sentence: 150 Days

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☑   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Two cases of Driving with Revoke linsense. But went to court on two different Dates But when Appeal they came the Same court Date also A ticket for Tail Light And No insurance

6. (a) What was your plea? (Check one)
   (1) Not guilty ☑        (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐            (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plead guilty to no insurance, one of the Driving Revoke did not plead guilty to because the officer said He seen me Driving And wrote A ticket which he never stoped the car just said he seen me driving And said Let the Judge handle it

(c) If you went to trial, what kind of trial did you have? (Check one)

   Jury ☐    Judge only ☑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?

   Yes ☑  No ☐

9. If you did appeal, answer the following:

   (a) Name of court: Opelika Municiple Court
   (b) Docket or case number (if you know): 9005, Dont know other one
   (c) Result: Quilty
   (d) Date of result (if you know): Sept 13 2005 And November 3 2006
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: Was nothing wrong with tail Light Also officer Did not stop car just said He seen me Driving And wrote A ticket car was At the cab station getting worked own

   (g) Did you seek further review by a higher state court?   Yes ☐  No ☑

   If yes, answer the following:

   (1) Name of court: _____
   (2) Docket or case number (if you know): _____
   (3) Result: _____
   N/A
   (4) Date of result (if you know): _____
   (5) Citation to the case (if you know): _____
   (6) Grounds raised: _____

   (h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐ No ☐

     If yes, answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: N/A

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

     (2) Docket or case number (if you know): _____

     (3) Date of filing (if you know): _____

     (4) Nature of the proceeding: _____

     (5) Grounds raised: N/A

     (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
      Yes ☐ No ☒

     (7) Result: _____

     (8) Date of result (if you know): _____

  (b) If you filed any second petition, application, or motion, give the same information:

     (1) Name of court: _____

     (2) Docket or case number (if you know): _____

     (3) Date of filing (if you know): _____

     (4) Nature of the proceeding: N/A

     (5) Grounds raised: _____

_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ❏  No ☑

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____ N/A _____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ❏  No ☑

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ❏  No ❏

    (2) Second petition:  Yes ❏  No ❏

    (3) Third petition:   Yes ❏  No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: Because I was In Jail when the Appeal court was no one took me to court never called me up, And i Am still incacerated at opelika city Jail

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Was not given an enough time on Appeal Had two Different Appeals But Both was set for same DA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I made an Appeal on Sept 18 2005 And made an Appeal on Sept 3. 2005 Both Appeals was set for the same court date. the date was Nov 17. 2005. I was not Given enough time on Appeal that goes with the law. Court date was Dec. 5. 2005. I was in Jail at Justice center for child support And no one called me for court. Not given enough time on Appeal Tittle 12-22-2

(b) If you did not exhaust your state remedies on Ground One, explain why: They told me that I Could not Appeal Because i didn't show for court And the sentence was Remanded Back to the opelika city Jail.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Because they Didn't take me to court. At all Just Remanded it back to the city

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: N/A
Name and location of the court where the motion or petition was filed: N/A
Docket or case number (if you know): 
Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?
Yes ❏ No ❏

(4) Did you appeal from the denial of your motion or petition?
Yes ❏ No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ❏ No ❏

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** Wrong Charges Running on the wrong side of the Road which I was not charged for

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I was charged with Tail Light Blow And no insurance And Revoke lingenser on Sept 3, 2005. How did I get Running on the wrong side of the Road And it was Remanded Back to the City. Because I was never Brought Back up to Court. Have to get Records from Opelika City Jail Municiple Court And Records from T. K Davis Justice Center 2311 Gateway Drive Opelika, Ala. Opelika City Jail 501 South 10th Street Opelika, Ala. Records Do not Match

(b) If you did not exhaust your state remedies on Ground Two, explain why: <u>Because they said i' couldn' Appeal, didn't take me to court And Remanded it Back to the city.</u>

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: <u>N/A</u>

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: <u>N/A</u>

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>N/A</u>

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): N/A
Date of the court's decision: 
Result (attach a copy of the court's opinion or order, if available): 

(3) Did you receive a hearing on your motion or petition?
Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?
Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A
Docket or case number (if you know): 
Date of the court's decision: 
Result (attach a copy of the court's opinion or order, if available): 

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐ No ☐

   (2) If you did **not** raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☐ No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?

   Yes ☐ No ☐

   (4) Did you appeal from the denial of your motion or petition?

   Yes ☐ No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐ No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☐   No ☑

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Because I was never geven the chance to go to trail to present the grounds it was just Remanded Back to City Jail

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☑

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: ____N/A____

    (c) At trial: _____

    (d) At sentencing: _____

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*



N/A

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
      (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Dear Court,

The opelika City Jail Does not Allow money to come to Jail They Do not have a store they Supply Every thing that we need encluding paper pencils. personal Hygein. So we do not have use for money I have been incarcerated since November of 2005. Will not be Released until i goto the county jail When i leave the City. Head Jailer Refuse to fill out store sheet. Concerning this Matter. If this isn't good enough I Ask the court to order Head Jailer to fill out form for former pappias.

I Declare under penalty of perjury that the forgoing is True And Correct

Executed on 2/28/06
                  Date

Calvin L Lewis
Signature of plaintif.

Therefore, petitioner asks that the Court grant the following relief: _To Give A new Trail for Appeal and correct the charges And Also Time Calsly serverd for pain and suffering._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _Febuary 28, 2006_ (month, date, year):

Executed (signed) on _2/28/06_ (date).

_Calvin L Lewis_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

* * * * *