IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| CALVIN LEE LEWIS | * |
| Petitioner, | * |
| v. | *   3:06-CV-200-WKW |
| | (WO) |
| T.K. DAVIS JUSTICE CENTER, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be and is hereby GRANTED.

Done, this 10th day of March 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE