| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Carrie Stroud*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  3-13-06 |
| 1. Article Addressed to:<br><br>Warden<br>Opelika City Jail<br>501 South 10th Street<br>Opelika, AL 36801 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:06cv200<br>CVB<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from) | 7005 1820 0002 3465 0023 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540