alacourt.com 2.0 Page 1 of 2



**alacourt.com**
The Alabama Trial Court System at your desk

Company Name: ATTORNEY GENERALS OFFICE   User ID: JMPORTER   Last login Date: 3/

: Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Docket Search
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

County: 43-LEE   **Monitor→** Case Number: CC-2005-000675.00
Name: LEWIS CALVIN LEE
Charge: T706

**Case**

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 43-LEE | Case N°: | CC-2005-000675.00 | JID: | JAW HON. JACOB A |
| Filed: | 9/20/2005 12:00:00 AM | AAGCY: | M Municipal | Muni N°: | 01 |
| Arrest date: | 01/29/2005 | Offe date: | | ORI: | 0430200 |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | 0/ 0/ 0 | | | | |
| Date: | | Que: | | Time: | Desc: |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | LEWIS CALVIN LEE | Alias 1: | | | |
| DOB: | 07/28/1962 | SSN: | 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 | Driv License N°: | |
| Height: | 0'" | Weight: | 0 | Race/Sex: | Black /M |
| SID: | AL0 | YDate: | | AIS: | |
| Address 1: | 805 POWLEDGE AVE | | | Address 2: | |
| Zip: | 36801 | City: | OPELIKA | State: | AL |

### Prosecutor and Attorney Info

| | | | | | |
|---|---|---|---|---|---|
| Prosecutor: | GUN003 | Name: | GUNTER GUY F III | Prosecutor Fl | |
| Attorney 1: | | Name: | | Attorney 1 Fl | |
| Attorney 2: | | Name: | | Attorney 2 Fl | |

### Warrant Information

| | | | | |
|---|---|---|---|---|
| Warrant Date: | | WARACT: | | WARLOC |
| BP ISS: | | | BP RTN: | |

### Charges

| | | | | |
|---|---|---|---|---|
| 1. Crime co: | T706 | Statute: | OPER VEH W/O INSURANCE | Stat Name: 032-07A-016( |
| 2. Crime co: | | Statute: | | Stat Name: |
| 3. Crime co: | | Statute: | | Stat Name: |
| More: | N | Dom Viol: | | Case Type: T |
| Comment: | | | | |

### Bonding Information

| | | | |
|---|---|---|---|
| Bond amt: | 0 | Bond type: | Bond co: |
| Rel date: | | Sure: | CWIT: |
| Jury Demand: | Y | | Appeal Type: M Municipal |

Notes

**EXHIBIT B**

Priors

**Settings**

**Disposition**

**Sentence**

**Enforcement**

**Consolidated Case Action Summary**

| Date | Time | Code | Comments |
|---|---|---|---|
| 09/20/2005 | 11:55:32 | JUDG | ASSIGNED TO: (JAW) (AR01) |
| 09/20/2005 | 11:55:33 | FILE | FILED ON: 09/20/2005 (AR01) |
| 09/20/2005 | 11:55:34 | ARRS | DEFENDANT ARRESTED ON: 01/29/2005 (AR01) |
| 09/20/2005 | 11:55:35 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) |
| 09/20/2005 | 11:55:36 | DAT3 | SET FOR: ARRAIGNMENT ON 11/17/2005 AT 0900A(AR01) |
| 09/20/2005 | 11:55:37 | FILE | CHARGE 01: OPER VEH W/O INSURAN/#CNTS: 001 (AR01) |
| 09/20/2005 | 11:55:38 | COMM | 9/13/05 NOTICE OF APPEAL/J/OPD TRP05-00163 (AR01) |
| 09/20/2005 | 11:55:41 | DAT4 | SET FOR: TRIAL ON 12/05/2005 AT 0830A (AR10) |
| 11/09/2005 | 10:31:00 | TEXT | MOTION FOR CONSOLIDATION OF OFFENSES |
| 11/18/2005 | 09:30:59 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: JAW |
| 11/18/2005 | 09:31:00 | DISP | CHARGE 01: OPER VEH W/O INSURA/#CNTS: 001 (AR10) |
| 11/18/2005 | 09:31:00 | DISP | CHARGE 01 DISPOSED BY: REMANDED ON: 11/17/2005 |
| 12/02/2005 | 16:01:23 | CH01 | DEFENDANT SENTENCED ON: 11/17/2005 (AR05) |
| 12/02/2005 | 16:01:24 | CH01 | FINE IMPOSED: $100.00 (AR05) |
| 12/02/2005 | 16:01:25 | CH01 | FINE PROVISION ORDERED BY THE COURT (AR05) |
| 12/02/2005 | 16:01:26 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) |
| 12/02/2005 | 16:02:03 | SUPP | SUPP DISPOSITION ISSUED: 12/02/2005 (AR08) |

**Images**

**Financial**

Motions