IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALVIN LEE LEWIS ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-200-WKW |
| ) | (WO) |
| T.K. DAVIS JUSTICE CENTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

On September 14, 2007, the Magistrate Judge filed a Recommendation (Doc. # 9) that the Petition for Writ of Habeas Corpus relief (Doc. #1) is due to be denied because the petitioner failed to present his claim in the state court as required by the state's procedural rules. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 9) of the Magistrate Judge is ADOPTED.

2. The Petition for Writ of Habeas Corpus (Doc. #1) is DENIED.

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 10th day of October, 2007.

                                                      /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE