IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CALVIN LEE LEWIS ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-200-WKW |
| ) | (WO) |
| T.K. DAVIS JUSTICE CENTER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of October, 2007.

       /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE